# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 3:21cr122 |
| Plaintiff, | : | JUDGE WALTER H. RICE |
| vs. | : | |
| REGINALD BERNARD GARDNER, JR., | : | |
| Defendant. | : | |

## PRELIMINARY PRETRIAL ORDER; TRIAL DATE AND OTHER DATES SET

| | |
|---|---|
| Date of Scheduling Conference | 9/28/2021 |
| Jury Trial Date | 11/29/2021 |
| Final Pretrial Conference (by telephone) | Monday, 11/22/2021 at 5:00 pm |
| Motion Filing Deadline | |
|    Oral and Evidentiary Motions | 11/8/2021 |
|    Other Motions | 11/15/2021 |
| Discovery Cut-off | 11/15/2021 |
| Speedy Trial Deadline | 12/1/2021 |
| Discovery out – Plaintiff to Defendant | by close of business 10/1/2021 |

September 28, 2021

*/s/ Walter H. Rice*
WALTER H. RICE
UNITED STATES DISTRICT JUDGE