\IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| UNITED STATES OF AMERICA, | : | Case No. 3:21cr122 |
|---|---|---|
| **Plaintiff,** | : | **JUDGE WALTER H. RICE** |
| vs. | : | |
| REGINALD BERNARD GARDNER, JR., | : | |
| Defendant. | : | |

## AMENDED PRELIMINARY PRETRIAL ORDER;
## NEW TRIAL DATE AND OTHER DATES SET

| | |
|---|---|
| Date of Scheduling Conference | 11/23/2021 |
| Jury Trial Date | 1/18/2022 (from 11/29/2021) |
| Final Pretrial Conference (by telephone) | Tuesday, 1/10/2022 at 5:00 pm |
| Motion Filing Deadline | |
|    Oral and Evidentiary Motions | 1/4/2022 |
|    Other Motions | 1/4/2022 |
| Discovery Cut-off | 1/10/2022 |
| Speedy Trial Deadline | waived by Defendant's motion to continue and acceptance of 1/18/2022 trial date, the Court finding that within the factual and legal confines of this case, the ends of justice outweigh the interest of the public and the Defendant in a speedy trial. 18 United States Code Section 3161 et seq. |

December 7, 2021

_____
WALTER H. RICE
UNITED STATES DISTRICT JUDGE